The State of Kansas v. Frank M. Campbell.

No. 14,054. (79 Pac. 1133.)

Appeal from Wyandotte district court; J. McCabe Moore, judge. Opinion filed February 11, 1905. Reversed.

*C. C. Coleman,* attorney-general, and *Jay F. Close,* assistant attorney-general, for The State.

*E. H. Wooley,* for appellant.

*Per Curiam:* Under the decision rendered at the present session of the court in the case of *The State v. Bowles, ante,* p. 821, the indictment in this case was properly signed.

Under the authority of *The State v. Crilly*, 69 Kan. 802, 77 Pac. 701, the record relating to the presentment of the indictment is sufficient.

The indictment is sufficient in substance, and the judgment of the district court quashing it is reversed, and the cause remanded.

Appeal from Wyandotte district court; J. McCABE MOORE, judge. Opinion filed February 11, 1905. Affirmed.

*C. C. Coleman*, attorney-general, and *Jay F. Close*, assistant attorney-general, for The State.

. *E. H. Wooley*, for appellant.